Doyle v. Kuchar.

---

### Stephen Doyle v. Annie Kuchar.

1. NEW TRIALS—*Absence of Witnesses.*—An affidavit stating in effect that a witness, suspecting himself in danger of being prosecuted for bastardy, went away to avoid arrest, is insufficient to entitle the affiant to a new trial.

Memorandum.—Bastardy proceedings. Appeal from the Criminal Court of Cook County; the Hon. JAMES GOGGIN, Judge, presiding. Affirmed. Opinion filed January 28, 1895.

JOHN HERON, attorney for appellant.

FLIEHMANN & HALIK, attorneys for appellee.

MR. PRESIDING JUSTICE WATERMAN DELIVERED THE OPINION OF THE COURT.

This was a proceeding under the statute concerning bastardy. The jury having found appellant to be the father, etc., he moved for a new trial, and in support of such motion filed an affidavit setting forth that one Clark, for whom before trial he (affiant) had made earnest and ineffectual search, was, as he has since learned, at Hot Springs, Arkansas, whither, to the best of appellant's belief, said Clark went for the purpose of evading arrest as the father of the child of Annie Kuchar. This affidavit is in effect that affiant believes that said Clark, suspecting himself, went away to avoid arrest.

The evidence, if produced, would not be admissible, and if admissible, by no means conclusive, and not such as entitled appellant to a new trial. The judgment of the Criminal Court is affirmed.